**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**



**Dated: July 08, 2010**

_____
CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 10-11483-CAG-7 |
| | § | |
| MICHAEL WATERS and HOPE WATERS, | § § | |
| Debtor | § | CHAPTER 7 |
| | § | |
| U.S. BANK, N.A. ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST, | § § § | |
| Movant | § | HEARING DATE:_____ |
| | § | |
| v. | § | TIME:_____ |
| | § | |
| MICHAEL WATERS and HOPE WATERS; RANDOLPH N. OSHEROW, Trustee | § § § | |
| Respondents | § | JUDGE CRAIG A. GARGOTTA |

## ORDER LIFTING STAY AS TO DEBTOR

On this day came on before the Court the Motion of U.S. BANK, N.A. ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST, Movant, for Relief from Stay of Action Against Debtor(s) pursuant to 11 U.S.C. § 362(a) and waiver of thirty day requirement pursuant to §

362(e). The Court is advised that after proper notice and timely service of the Motion, no response has been filed and the Motion should be granted. Therefore, it is

ORDERED that the stay afforded by 11 U.S.C. §362 is terminated with respect to Movant on the following described property, to wit:

> LOT 21, BLOCK 'K', OF SILVER OAK SECTION 5, A SUBDIVISION IN WILLIAMSON COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN CABINET AA, SLIDES 198-200, PLAT RECORDS, WILLIAMSON COUNTY, TEXAS.

It is further

ORDERED that the provision of Rule 4001 (a) (3), Federal Rules of Bankruptcy Procedure is hereby waived and U.S. BANK, N.A. ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST may immediately enforce and implement this Order Lifting Stay.

### # # #

APPROVED AS TO FORM AND SUBSTANCE

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP


BY: /s/ YVONNE KNESEK-FOLTZ
　　YVONNE KNESEK-FOLTZ
　　TX NO. 11591800
　　610 WEST 5TH STREET SUITE 602
　　AUSTIN, TX 78701
　　Telephone: (512) 477-0008
　　Facsimile: (512) 477-1112
　　E-mail: WDECF@BDFGROUP.COM
　　ATTORNEY FOR MOVANT